UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JESUS FLORES,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No. 1:25-cv-01001-KES-SAB

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND AFFIRMING FINAL DECISION OF THE COMMISSIONER OF SOCIAL SECURITY

On August 12, 2025, Plaintiff Jesus Flores filed a complaint seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying his application for disability benefits pursuant to the Social Security Act. Doc. 1. Plaintiff filed his motion for summary judgment on January 9, 2026, and Commissioner filed an opposition on February 9, 2026. Docs. 15, 19. On September 21, 2026, the assigned magistrate judge issued findings and recommendations recommending that the decision of the Commissioner be affirmed. Doc. 21. The parties were granted fourteen days from the date of service to file any objections to the findings and recommendations. *Id.* at 16. The parties were advised that a "failure to file objections within the specified time may result in the waiver of rights on appeal." *Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)). The deadline has passed and no objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this court has conducted a de

novo review of this case. Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, the Court ORDERS:

1. The findings and recommendations filed September 21, 2026 (Doc. 21), are ADOPTED in full.
2. Plaintiff's motion for summary judgment (Doc. 15) is DENIED.
3. The final decision of the Commissioner of Social Security is AFFIRMED.
4. The Clerk of Court is DIRECTED to enter judgment in favor of Defendant Commissioner of Social Security, and to CLOSE this action.

IT IS SO ORDERED.

Dated: October 11, 2026

UNITED STATES DISTRICT JUDGE